OCTOBER 14, 1998

No. A–289. WRIGHT *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

OCTOBER 19, 1998

No. A–157. MITNICK *v.* UNITED STATES. Application for bail, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–209. IN RE MARTIN. C. A. 4th Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. 98–85. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. *v.* CROMARTIE ET AL. D. C. E. D. N. C. [Probable jurisdiction noted, 524 U. S. 980.] Motion of Alfred Smallwood et al. for leave to intervene as appellants in this Court granted.

No. 98–6141. IN RE MILNER;
No. 98–6222. IN RE MOK; and
No. 98–6230. IN RE SEDDENS. Petitions for writs of habeas corpus denied.

No. 98–5665. IN RE HOLMES, AKA RICHARDS;
No. 98–5723. IN RE SCHLEEPER; and
No. 98–5741. IN RE CLARK. Petitions for writs of mandamus denied.

No. 98–6047. IN RE CLARK. Petition for writ of mandamus and/or prohibition denied.